### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

ROBERT CLOTFELTER                                                            PLAINTIFF

v.                                            Case No. 14-2216

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                               DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. 10) from Chief United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 16th day of June, 2015.


/s/P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE